Same case below, 380 Fed. Appx. 726.

**No. 10-6153. Kenneth A. Hendershott, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.**

562 U.S. 1010, 131 S. Ct. 519, 178 L. Ed. 2d 384, 2010 U.S. LEXIS 8640.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6156. Morris Scott Holmes, Petitioner v. Billy O. Brown, Warden, et al.**

562 U.S. 1010, 131 S. Ct. 520, 178 L. Ed. 2d 384, 2010 U.S. LEXIS 8585,

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6158. Galante Romar Phillips, Petitioner v. Florida.**

562 U.S. 1010, 131 S. Ct. 520, 178 L. Ed. 2d 384, 2010 U.S. LEXIS 8617.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 39 So. 3d 296.

**No. 10-6159. Gene Ervin Atkins, Petitioner v. Debra Herndon, Warden.**

562 U.S. 1010, 131 S. Ct. 520, 178 L. Ed. 2d 384, 2010 U.S. LEXIS 8555.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6160. Earnest Lee Walker, Sr., Petitioner v. Deborah Tillman.**

562 U.S. 1011, 131 S. Ct. 524, 178 L. Ed. 2d 384, 2010 U.S. LEXIS 8551.

November 1, 2010. Petition for writ of certiorari to the Court of Civil Appeals of Alabama denied.

Same case below, 55 So. 3d 1214.

**No. 10-6161. Monte C. Hoisington, Petitioner v. Robin Williams.**

562 U.S. 1011, 131 S. Ct. 521, 178 L. Ed. 2d 384, 2010 U.S. LEXIS 8561.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6162. Larry Edward Hendricks, Petitioner v. LeVern Cohen, Warden.**

562 U.S. 1011, 131 S. Ct. 521, 178 L. Ed. 2d 384, 2010 U.S. LEXIS 8635.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 391.

**No. 10-6163. Arthur Anthony Gonzales, Petitioner v. Lowell Clark, Warden.**

562 U.S. 1011, 131 S. Ct. 524, 178 L. Ed. 2d 384, 2010 U.S. LEXIS 8582.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.